IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Able Home Health, LLC,

Plaintiff(s),

v.

Liberty Mobile Labs, Inc.,

Defendant(s).

Case No. 1:19-cv-03273
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: In favor of Plaintiff Able Home Health, LLC and against Defendant Liberty Mobile Labs, Inc. in the amount of $500 in statutory damages and $475 in costs, for a total of $975. Also, the Court declines to award attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Steve C. Seeger on a motion Docket No. [17].

Date: 11/13/2019

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos , Deputy Clerk